UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                CHAPTER 13

COLLEEN BUSCHBACHER                                   CASE NO. 12-83602

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Green Tree Servicing LLC**          **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 9680

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1509.13 (Per Creditor's Proof of claim) |
| | + 500.00 (Allowed Cost of Collection claim) |
| | $2009.13 |
| Amount Paid by Trustee | $2009.13 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐    Thru the Chapter 13 Plan          ☒    Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   3/22/2017                          /s/Lydia S. Meyer
                                            Lydia S. Meyer, Trustee
                                            308 W. State St., Suite 212
                                            Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 22nd Day of March, 2017.

Dated:  3/22/17                             /s/Cynthia K. Burnard

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 0049
PALATINE, IL 60055-0049

FLAGSTAR BANK
PO BOX 371891
PITTSBURGH, PA  15250

GREEN TREE SERVICING LLC
PO BOX 6154
RAPID CITY, SD 57709-6154

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

COLLEEN BUSCHBACHER
305 MARKET STREET
GENOA, IL  60135

ATTORNEY BRIAN K. WRIGHT
WRIGHT & ASSOCIATES PC
437 WEST STATE STREET, SUITE 101
SYCAMORE, IL  60178